# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

In re

CHRISTOPHER B FONTENOT

Debtor(s).

Case No. 322-31856-DWH13

Confirmation hearing date: Jan 12, 2023

**TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

Wayne Godare, the Standing Chapter 13 Trustee Objects to Confirmation of the above case for the reason(s) set out below:

_____a. Plan is not feasible:

_____b. Case/Plan is not proposed in good faith or is forbidden by law:

_____c. Plan does not commit all of debtor's excess projected disposable income pursuant to 11 U.S.C. §1325(b)(1)(B) for the applicable commitment period:

_____d. Plan does not meet the best interest test of 11 U.S.C. §1325(a)(4):

**X**_____e. Filing/documentation is deficient: **as requested at the §341(a) hearing, please provide the Trustee with please provide the Trustee with an explanation of the Health Care and Premium Tax Credit that is being retained in ¶3(c).**

**X**_____f. Other: **as requested at the §341(a) hearing, please make the following changes to the Plan:**
  1. **¶4(h) strike "117,206.00" and replace with "163,308.00";**
  2. **¶7 strike "219" and replace with "2019" as it pertains to the entry for Selco Credit Union;**
  3. **¶16 strike in its' entirety and replace with the Trustee's suggested sale or refinance of real property language (suggested language #2, updated 12/01/22); and**
  4. **Please clarify whether Cristel & Rich Taylor have a secured interest in 240 College Rd, Eunice, LA and, if necessary, revise the plan and schedule J.**

If by the time of the scheduled confirmation hearing, debtor fails to take all necessary steps to satisfy each objection marked above, or is not prepared to address the Trustee's objections with the filing of an amended plan as directed by the court during that scheduled confirmation hearing, the Trustee may, in his discretion, urge the court for an order dismissing the case without further notice.

I certify that on December 7, 2022, copies of the above Objection and Motion were served on the debtor(s) by first class mail and any debtor(s) attorney by ECF.

DATED: December 7, 2022

/s/ Wayne Godare, Trustee

DOUGLAS R RICKS
(mk)