UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re _____

Case No. _____

Debtor(s)

**CHANGE OF ADDRESS FOR A CREDITOR**

> *Instructions:* This form may be filed by either a creditor or the debtor to change a creditor's address. If the debtor files this form and the creditor has filed a proof of claim with a different address than the new address listed below, the court will send notices to both the address listed on the proof of claim and the new address listed below.
>
> Address changes for debtors must be filed on LBF 101D. Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.
>
> A debtor who wishes to add a new creditor to this case must file Local Bankruptcy Form (LBF) 728 and pay the required filing fee.

Creditor Name: _____

Old Address:

New Address:

Creditor Phone Number: _____

If you are a creditor who has already filed a claim, please enter the claim number and check the appropriate box. Filing an amended claim is not necessary to update an address.

Claim No. _____

Please use the new address for:    Notices only    Payments Only    Notices and Payments

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

_____
Date

_____
Signature (required)

_____
Type/Print Signer's Name    OSB# (if attorney)

_____
Signer's Phone # and Relation to Case

**101C (12/1/2019)**