Douglas R. Ricks, OSB #044026  
VANDEN BOS & CHAPMAN, LLP  
319 SW Washington St., Ste. 520  
Portland, OR  97204  
Telephone:  503-241-4869  
Fax:  503-241-3731  

Of Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 22-31856-dwh13 |
|---|---|
| Christopher Brent Fontenot | WITHDRAWAL OF PROOF OF CLAIM FILED BY: Douglas R. Ricks for Chawana Fontenot |
| Debtor. | |

Douglas R. Ricks hereby withdraws the Proof of Claim #12, filed for Chawana Fontenot on January 9, 2023 in the amount of $75,000.00.

Dated: January 9, 2023           VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Debtor

Page 1 of 1    WITHDRAWAL OF PROOF OF CLAIM FILED BY: Douglas R. Ricks for Chawana Fontenot

VANDEN BOS & CHAPMAN, LLP  
Attorneys at Law  
319 SW Washington Street, Suite 520  
Portland, Oregon 97204-2690  
(503) 241-4869