UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re _____

Case No. _____
Amended

**CHAPTER 13 DEBTOR'S ATTORNEY'S SCHEDULE 2.(b) ITEMIZATION**

Debtor(s)

1. This itemization is submitted by debtor's attorney (applicant). In applicant's Chapter 13 Debtor's Attorney's Compensation Disclosure and Application on Local Bankruptcy Form (LBF) 1305, applicant stated that, as of the date the LBF 1305 was filed—

    a. The amount that applicant had received as compensation for services rendered or to be rendered or expenses incurred or to be incurred in contemplation of or in connection with the case, including the petition filing fee, whether or not held in trust, was: $ _____ (LBF 1305 item 3.a); and

    b. The amount of expenses in contemplation of or in connection with the case, including for the petition filing fee, that applicant had paid, whether from applicant's funds or funds held in trust, was: $_____ (LBF 1305 item 3.d).

2. Applicant has attached contemporaneously prepared records of the services rendered to and expenses incurred on behalf of debtor in contemplation of or in connection with this case, both before and after the petition date, through _____, a date no earlier than 14 days before the final confirmation hearing. The value of those services is $_____, and the amount of those expenses is $_____, for a total of $_____.

_____
Date

_____
Applicant's Signature

_____
Type or Print Applicant's Name          OSB#

_____
Applicant's Telephone Number

_____
Applicant's Service Address

_____

1306 (12/1/2021)               Page 1 of 2

## Instructions

If applicant selected Schedule 2.(b) in LBF 1305 and the agreed total amount of compensation and expense reimbursement for all services through confirmation of the plan and the initial audit of claims, before credit for payments, exceeds $3,450, applicant must complete and file an LBF 1306 no later than seven days before the final plan-confirmation hearing (Local Bankruptcy Rule (LBR) 2016-1(e)(2)(A)).

Plan confirmation after the filing of LBF 1306 will not constitute allowance or determination of the reasonableness of any future request for allowance of the amount by which the unpaid fees and expenses in LBF 1306 exceed those in LBF 1305. The court will consider allowance of any excess in the first postconfirmation Chapter 13 Debtor's Attorney's Supplemental-Compensation Application on LBF 1307 (LBR 2016-1(e)(2)(B)).

**VANDEN BOS & CHAPMAN, LLP**
ATTORNEYS AT LAW
SUITE 520, THE SPALDING BUILDING
319 S.W. WASHINGTON STREET
PORTLAND, OREGON 97204-2690
Website: www.vbcattorneys.com

ANN K. CHAPMAN
DOUGLAS R. RICKS*
CHRISTOPHER N. COYLE*
_____

COLLEEN A. LOWRY

*also admitted in Washington

ROBERT J. VANDEN BOS
RETIRED (1981 – 2018)

TELEPHONE
(503) 241-4869
_____

FAX
(503) 241-3731

Christopher Fontenot
179 SE 46th Dr
Gresham, OR 97080

File No. 9538
Statement Date: 1/09/2023
Attorney: DR

RE: In re Christopher Brent Fontenot

**Previous Balance:** $0.00

| | PROFESSIONAL SERVICES PROVIDED | WHO | HOURS | RATE/HR | AMOUNT |
|---|---|---|---|---|---|
| 2/04/2022 | Review e-mail from Chris Fontenot bringing me up to date on events. | DR | 0.10 | | No Charge |
| 2/14/2022 | Review and respond to email from Chris Fontenot regarding entry of consent to judgment and how it could affect bankruptcy filing. | DR | 0.10 | $425.00 | $42.50 |
| 2/18/2022 | Draft e-mail to certified bankruptcy assistant (SC) regarding drafting of attorney/client fee agreement. | DR | 0.10 | | No Charge |
| 2/23/2022 | Review and sign through Adobe Sign - Hourly Attorney/Client Fee Agreement. | DR | 0.10 | | No Charge |
| 2/23/2022 | Review e-mail from Chris Fontenot regarding status of buyer. | DR | 0.10 | $425.00 | $42.50 |
| 2/23/2022 | Draft e-mail to client from certified bankruptcy assistant (SC) advising that I requested she forward to him this firm's hourly attorney/client fee agreement. | DR | 0.10 | | No Charge |
| 2/23/2022 | Draft e-mail to Chris Fontenot regarding Hourly Attorney-Client Fee Agreement. | SC | 0.10 | | No Charge |
| 2/25/2022 | Review e-mail from certified bankruptcy assistant (SC) to Chris Fontenot and his response thereto regarding the Hourly Attorney-Client Fee Agreement. | DR | 0.10 | | No Charge |
| 5/04/2022 | Review e-mail from Chris Fontenot advising financing for buyer fell through. | DR | 0.10 | $425.00 | $42.50 |
| 6/03/2022 | Review e-mail from Chris Fontenot regarding bankruptcy updates. | DR | 0.10 | $425.00 | $42.50 |
| 6/06/2022 | Draft e-mail to client regarding availability for telephone conference and review client's response thereto. | DR | 0.10 | $425.00 | $42.50 |
| 6/09/2022 | Review e-mail from Chris Fontenot regarding availability for telephone conference. | DR | 0.10 | $425.00 | $42.50 |
| 6/09/2022 | Review e-mail from Chris Fontenot regarding availability for telephone conference because he was unable to connect today. | DR | 0.10 | $425.00 | $42.50 |
| 6/09/2022 | Draft e-mail to legal assistant (MK) requesting she set up telephone conference with Mr Fontenot. | DR | 0.10 | $425.00 | $42.50 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/09/2022 | Review e-mail from legal assistant (MK) regarding availability for telephone conference with me and review his response thereto. | DR | 0.10 | $425.00 | $42.50 |
| 6/09/2022 | Draft email to client re: scheduling telephone conference with Douglas Ricks (no charge). | MK | 0.10 | | No Charge |
| 6/10/2022 | Review e-mail from legal assistant (MK) to Chris Fontenot regarding arrangements for telephone conference with me. | DR | 0.10 | $425.00 | $42.50 |
| 6/10/2022 | Email exchange (4) between Chris Fontenot and legal assistant (MK) regarding availability for telephone conference. | DR | 0.20 | $425.00 | $85.00 |
| 6/10/2022 | Draft 2 emails to legal assistant (MK) regarding telephone appointment with Chris Fontenot. | DR | 0.10 | $425.00 | $42.50 |
| 6/10/2022 | Review email from client re: telephone conference with Douglas Ricks; draft response; update Douglas Ricks calendar (no charge). | MK | 0.10 | | No Charge |
| 6/10/2022 | Review email from client re: rescheduling telephone conference with Douglas Ricks; draft response (no charge). | MK | 0.10 | | No Charge |
| 6/23/2022 | Review e-mail from Chris Fontenot regarding possible sale of Swamp Pop. | DR | 0.10 | $425.00 | $42.50 |
| 6/23/2022 | Review e-mail from Chris Fontenot confirming he has a buyer for Swamp Pop. | DR | 0.10 | $425.00 | $42.50 |
| 6/27/2022 | Review e-mail from Chris Fontenot forwarding email from Kick Further and disputing amount Kick Further says is owed. | DR | 0.10 | $425.00 | $42.50 |
| 6/29/2022 | Review e-mail from Chris Fontenot regarding Kick Further lawsuit. | DR | 0.10 | $425.00 | $42.50 |
| 6/30/2022 | Review and sign through Adobe Sign - Hourly Attorney-Client Fee Agreement. | DR | 0.10 | $425.00 | $42.50 |
| 6/30/2022 | Draft e-mail to legal assistant (MK) to follow up with client regarding Hourly Attorney/Client Fee Agreement. | DR | 0.10 | | No Charge |
| 6/30/2022 | Review e-mail from certified bankruptcy assistant (SC) advising client she has sent the Hourly Attorney/Client Fee Agreement by Adobe Sign for signature. | DR | 0.10 | | No Charge |
| 6/30/2022 | Review 2 e-mails from client regarding questions concerning Hourly Attorney/Client Fee Agreement. | DR | 0.20 | | No Charge |
| 6/30/2022 | Review e-mail from legal assistant (MK) advising of telephone appointment scheduled with client to discuss questions regarding Hourly Attorney/Client Fee Agreement. | DR | 0.10 | | No Charge |
| 6/30/2022 | Review e-mail from Chris Fontenot regarding follow ups. | DR | 0.10 | $425.00 | $42.50 |
| 6/30/2022 | Review email from Douglas Ricks re: request to setup telephone conference with client; telephone conference with client re: scheduling telephone conference with Douglas Ricks and discussion of fee agreement; draft email to Douglas Ricks re: the same (no charge). | MK | 0.15 | | No Charge |
| 7/05/2022 | Review e-mail from certified bankruptcy assistant (SC) regarding status of Hourly Attorney-Client Fee Agreement. | DR | 0.10 | | No Charge |
| 7/05/2022 | Review e-mail with attachment from client regarding debt schedule. | DR | 0.10 | $425.00 | $42.50 |
| 7/05/2022 | Review e-mail from certified bankruptcy assistant (SC) | DR | 0.10 | | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| | regarding signed Hourly Attorney-Client Fee Agreement received from client. | | | | |
| 7/05/2022 | Draft e-mail to certified bankruptcy assistant (SC) regarding opening hard file for client. | DR | 0.10 | | No Charge |
| 7/05/2022 | Telephone conference with client regarding creditor matters. | DR | 0.60 | $425.00 | $255.00 |
| 7/05/2022 | Review and respond to emails (2) from Chris Fontenot regarding telephone conference for today. | DR | 0.15 | $425.00 | $63.75 |
| 7/06/2022 | Review e-mail from client attaching copies of UCCs filed in Louisiana. | DR | 0.10 | $425.00 | $42.50 |
| 7/06/2022 | Draft e-mail to certified bankruptcy assistant (SC) attaching copies of documents regarding KickFurther forwarded by client. | DR | 0.10 | $425.00 | $42.50 |
| 7/06/2022 | Draft e-mail to certified bankruptcy assistant (SC) attaching copies of UCCs for saving to client's file. | DR | 0.10 | $425.00 | $42.50 |
| 7/07/2022 | Review e-mail from client attaching copy of invoice from Credibly. | DR | 0.10 | $425.00 | $42.50 |
| 7/11/2022 | Review e-mail from client regarding KickFurther. | DR | 0.10 | $425.00 | $42.50 |
| 7/11/2022 | Review e-mail from certified bankruptcy assistant (SC) to Chris Fontenot regarding contact information for opening file and Chris' response thereto. | DR | 0.10 | | No Charge |
| 7/11/2022 | Draft e-mail to Christopher Fontenot requesting information regarding Swamp Pop and review his response thereto. | DR | 0.10 | $425.00 | $42.50 |
| 7/11/2022 | Draft e-mail to client requesting mailing and email addresses. | SC | 0.10 | | No Charge |
| 7/12/2022 | Review e-mail from Chris Fontenot regarding email from creditor. | DR | 0.10 | $425.00 | $42.50 |
| 7/13/2022 | Draft e-mail to Ms. Ashcraft regarding her email to Chris Fontenot and review her response thereto. | DR | 0.10 | $425.00 | $42.50 |
| 7/13/2022 | Review e-mail from client regarding Case 421721 with collection agency. | DR | 0.10 | $425.00 | $42.50 |
| 7/14/2022 | Draft e-mail to certified bankruptcy assistant (SC) attaching document to forward to client and set up telephone conference to discuss the same. | DR | 0.10 | $425.00 | $42.50 |
| 7/15/2022 | Review e-mail from Pam Ashcroft regarding settlement offer. | DR | 0.10 | $425.00 | $42.50 |
| 7/18/2022 | Review e-mail from Chris Fontenot regarding his co-packer. | DR | 0.10 | $425.00 | $42.50 |
| 7/19/2022 | Review e-mail from certified bankruptcy assistant (SC) forwarding message from Pam Tucker of Tucker ALBI. | DR | 0.10 | $425.00 | $42.50 |
| 7/19/2022 | Review e-mail with attachment from Chris Fontenot. | DR | 0.10 | $425.00 | $42.50 |
| 7/19/2022 | Draft e-mail to Doug Ricks forwarding message from Pam Tucker of Tucker Albi. | SC | 0.10 | | No Charge |
| 7/20/2022 | Review e-mail from Chris Fontenot regarding potential buyers of business. | DR | 0.10 | $425.00 | $42.50 |
| 7/20/2022 | Review e-mail from Pam Ashcroft regarding lawsuit. | DR | 0.10 | $425.00 | $42.50 |
| 7/20/2022 | Draft e-mail to Chris Fontenot attaching copy of Pam Ashcroft's email. | DR | 0.10 | $425.00 | $42.50 |
| 7/22/2022 | Review e-mail from certified bankruptcy assistant (SC) regarding status of signed Fee Agreement from client. | DR | 0.10 | $425.00 | $42.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 7/23/2022 | Review e-mail from Chris Fontenot regarding status of investor/buyer for sale. | DR | 0.10 | $425.00 | $42.50 |
| 7/26/2022 | Review e-mail from Pam Ashcraft regarding status of settlement proposal. | DR | 0.10 | $425.00 | $42.50 |
| 7/26/2022 | Review e-mail from Chris Fontenot regarding bankruptcy. | DR | 0.10 | $425.00 | $42.50 |
| 7/27/2022 | Review e-mail from Chris Fontenot regarding a lease option if home sells. | DR | 0.10 | $425.00 | $42.50 |
| 7/28/2022 | Review e-mail from Pam Ashcroft regarding liability of Mr. Fontenot on debt. | DR | 0.10 | $425.00 | $42.50 |
| 8/01/2022 | Review and respond to email from Pam Ashcraft regarding direct contact with Mr. Fontenot. | DR | 0.10 | $425.00 | $42.50 |
| 8/01/2022 | Review e-mail from Pam Ashcroft regarding sale of business and her client's lien. | DR | 0.10 | $425.00 | $42.50 |
| 8/06/2022 | Review 2 emails from Chris Fontenot advising that he was garnished by Credibly. | DR | 0.10 | $425.00 | $42.50 |
| 8/08/2022 | Draft e-mail to Robert Fouse regarding claim of ownership of Mr. Fontenot's assets and review Mr. Fouse's response thereto. | DR | 0.10 | $425.00 | $42.50 |
| 8/08/2022 | Draft e-mail to Chris Fontenot regarding emails from counsel and my comments and review Chris' responses thereto. | DR | 0.10 | $425.00 | $42.50 |
| 8/08/2022 | Review e-mail from Pam Ashcroft to Robert Fouse and Mr. Fouse's response thereto advising clients want retrieving of the assets from Mr. Fontenot. | DR | 0.10 | $425.00 | $42.50 |
| 8/08/2022 | Email exchange (4 emails) between Chris Fontenot regarding garnishment. | DR | 0.20 | $425.00 | $85.00 |
| 8/08/2022 | Draft e-mail to Chris Fontenot regarding emails from creditor advising they own all the business assets. | DR | 0.10 | $425.00 | $42.50 |
| 8/09/2022 | Review e-mail from Chris Fontenot with question on a proposed option. | DR | 0.10 | $425.00 | $42.50 |
| 8/10/2022 | Review e-mail from client seeking input on what to expect with approaching payday. | DR | 0.10 | $425.00 | $42.50 |
| 8/11/2022 | Review e-mail from Chris Fontenot regarding IRS. | DR | 0.10 | $425.00 | $42.50 |
| 8/12/2022 | Draft e-mail to Chris Fontenot regarding status of his bank account. | DR | 0.10 | $425.00 | $42.50 |
| 8/12/2022 | Review e-mail from Chris Fontenot providing a response to his bank account status. | DR | 0.10 | $425.00 | $42.50 |
| 8/12/2022 | Draft e-mail to Mr. Fouse in response to his email regarding his client's security interest. | DR | 0.10 | $425.00 | $42.50 |
| 8/15/2022 | Review e-mail from Robert Fouse requesting offer or list of assets. | DR | 0.10 | $425.00 | $42.50 |
| 8/16/2022 | Review e-mail from Chris Fontenot with attachment of judgment. | DR | 0.10 | $425.00 | $42.50 |
| 8/16/2022 | Review e-mail from Chris Fontenot regarding update on his conversation with the Internal Revenue Service. | DR | 0.10 | $425.00 | $42.50 |
| 8/18/2022 | Review e-mail from Chris Fontenot with attachment. | DR | 0.10 | $425.00 | $42.50 |
| 8/22/2022 | Review e-mail from Chris Fontenot with attachment. | DR | 0.10 | $425.00 | $42.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/22/2022 | Review e-mail from Pam Ashcroft regarding KickFurther v. Our Life Foods, et al. | DR | 0.10 | $425.00 | $42.50 |
| 8/25/2022 | Review e-mail from Chris Fontenot regarding status of purchaser for Swamp Pop and most recent settlement offer from AMEX. | DR | 0.10 | $425.00 | $42.50 |
| 9/02/2022 | Draft e-mail to Chris Fontenot regarding Swamp Pop and review Chris's response thereto. | DR | 0.10 | $425.00 | $42.50 |
| 9/07/2022 | Review e-mail from Chris Fontenot regarding Swamp Pop status. | DR | 0.10 | $425.00 | $42.50 |
| 9/08/2022 | Review e-mail from certified bankruptcy assistant (SC) to Chris Fontenot and his reply thereto regarding availability for telephone conference with me. | DR | 0.10 | $425.00 | $42.50 |
| 9/08/2022 | Review e-mail from Chris Fontenot regarding Swamp Pop debt. | DR | 0.10 | $425.00 | $42.50 |
| 9/09/2022 | Review 2 e-mails from Chris Fontenot attaching copies of documents from Secretary of State and closing documents for house. | DR | 0.20 | $425.00 | $85.00 |
| 9/12/2022 | Review e-mail from Chris Fontenot regarding correspondence from Credibly adding his wife's name. | DR | 0.10 | $425.00 | $42.50 |
| 9/13/2022 | Review e-mail from Chris Fontenot regarding house and a neighbor. | DR | 0.10 | $425.00 | $42.50 |
| 9/13/2022 | Review e-mail from Chris Fontenot providing update. | DR | 0.10 | $425.00 | $42.50 |
| 9/14/2022 | Review e-mail from Chris Fontenot. | DR | 0.10 | $425.00 | $42.50 |
| 9/15/2022 | Review e-mail from Chris Fontenot regarding equity in home. | DR | 0.10 | $425.00 | $42.50 |
| 9/16/2022 | Review e-mail from Chris Fontenot regarding UNFI Lien. | DR | 0.10 | $425.00 | $42.50 |
| 9/19/2022 | Review e-mail from certified bankruptcy assistant (SC) to Chris Fontenot regarding availability for telephone conference with me. | DR | 0.05 | $425.00 | $21.25 |
| 9/20/2022 | Review e-mail from certified bankruptcy assistant (SC) to Chris Fontenot regarding availability for telephone conference with Doug Ricks. | DR | 0.05 | $425.00 | $21.25 |
| 9/20/2022 | Review 2 e-mails from Chris Fontenot regarding email issue fixed. | DR | 0.10 | $425.00 | $42.50 |
| 9/21/2022 | Review 6 e-mails from Chris Fontenot advising served with Summons and Complaint, providing copy of his email to John Peterson, receipt of Notice of Transcription, and inquiry about correcting title. | DR | 0.30 | $425.00 | $127.50 |
| 9/23/2022 | Review e-mail from from Chris Fontenot regarding Summons he forwarded. | DR | 0.10 | $425.00 | $42.50 |
| 9/23/2022 | Review e-mail from Chris Fontenot. | DR | 0.10 | $425.00 | $42.50 |
| 9/29/2022 | Review e-mail from certified bankruptcy assistant (SC) regarding status of client matters. | DR | 0.10 | $425.00 | $42.50 |
| 9/29/2022 | Review e-mail from Chris Fontenot. | DR | 0.10 | $425.00 | $42.50 |
| 10/03/2022 | Review e-mail from Chris Fontenot with attachment. | DR | 0.10 | $425.00 | $42.50 |
| 10/03/2022 | Review e-mail from Chris Fontenot regarding distraint warrant. | DR | 0.10 | $425.00 | $42.50 |
| 10/05/2022 | Review e-mail from client attaching email from creditor. | DR | 0.10 | $425.00 | $42.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/05/2022 | Review e-mail from Chris Fontenot regarding email from investor. | DR | 0.10 | $425.00 | $42.50 |
| 10/07/2022 | Review e-mail from Chris Fontenot regarding Washington Federal Bank lawsuit. | DR | 0.10 | $425.00 | $42.50 |
| 10/12/2022 | Review e-mail from Chris Fontenot regarding AMEX collection. | DR | 0.10 | $425.00 | $42.50 |
| 10/17/2022 | Review e-mail from certified bankruptcy assistant (SC) to Nancy Cary attaching copy of letter from me requesting she not take an order of default against Mr. Fontenot. | DR | 0.10 | $425.00 | $42.50 |
| 10/17/2022 | Initial draft of letter to Nancy Cary requesting she not default Mr. Fontenot without 10 days prior written notice. | SC | 0.20 | $260.00 | $52.00 |
| 10/18/2022 | Review e-mail from Chris Fontenot advising creditor he is forwarding information to me. | DR | 0.10 | $425.00 | $42.50 |
| 10/18/2022 | Review e-mail from Chris Fontenot regarding garnishments of banks. | DR | 0.10 | $425.00 | $42.50 |
| 10/20/2022 | Review e-mail from Chris Fontenot advising creditor he is forwarding the information to his attorney. | DR | 0.10 | $425.00 | $42.50 |
| 10/20/2022 | Review e-mail from certified bankruptcy assistant (SC) to Chris Fontenot regarding availability for telephone conference with me on Wednesday and review his response thereto. | DR | 0.10 | $425.00 | $42.50 |
| 10/20/2022 | Draft e-mail to Christopher Fontenot regarding availability for telephone conference with Doug Ricks. | SC | 0.10 | $260.00 | $26.00 |
| 10/21/2022 | Review e-mail from certified bankruptcy assistant (SC) to Chris Fontenot confirming telephone appointment and providing a copy of the letter to counsel fro Washington Federal Bank not to take a default against Chris. | DR | 0.05 | $425.00 | $21.25 |
| 10/21/2022 | Draft e-mail to Chris Fontenot confirming appointment and attaching copy of Doug Rick's letter to counsel for Washington Federal to not take a default against Mr. Fontenot without 10 day's prior written notice. | SC | 0.10 | $260.00 | $26.00 |
| 10/21/2022 | Draft e-mail to Chris Fontenot confirming his appointment with Doug Ricks and attaching copy of letter sent to Nancy Cary, attorney for Washington Federal Bank. | SC | 0.10 | $260.00 | $26.00 |
| 10/24/2022 | Review e-mail from Chris Fontenot regarding tax information. | DR | 0.10 | $425.00 | $42.50 |
| 10/24/2022 | Review e-mail from Chris Fontenot regarding taxes. | DR | 0.10 | $425.00 | $42.50 |
| 10/25/2022 | Review e-mail from Washington Federal's attorney's office attaching Notice of Intent to Seek Default. | DR | 0.10 | $425.00 | $42.50 |
| 10/26/2022 | Review e-mail from certified bankruptcy assistant (SC) to Chris Fontenot attaching Intake form and list of credit counseling agencies. | DR | 0.05 | | No Charge |
| 10/26/2022 | Review e-mail from certified bankruptcy assistant (SC) to Chris Fontenot that she will be forwarding to him the Intake from and credit counseling information shortly. | DR | 0.05 | | No Charge |
| 10/26/2022 | Email exchange (4 emails) between certified bankruptcy assistant (SC) and me regarding Intake form to send Mr. Fontenot should be sole proprietor and business intake form. | DR | 0.20 | | No Charge |
| 10/26/2022 | Draft e-mail to Chris Fontenot attaching initial Intake Form and providing list of credit counseling agencies approved by US | SC | 0.10 | | No Charge |

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Trustee's office. | | | | |
| 10/28/2022 | Review e-mail from Chris Fontenot regarding his filling out of Intake Form. | DR | 0.10 | $425.00 | $42.50 |
| 10/28/2022 | Review e-mail from Chris Fontenot attaching copy of his Credit Counseling Certificate. | DR | 0.10 | $425.00 | $42.50 |
| 10/31/2022 | Review e-mail from Chris Fontenot asking questions on what happens next. | DR | 0.10 | $425.00 | $42.50 |
| 10/31/2022 | Review e-mail from Chris Fontenot attaching collection by SMBX. | DR | 0.10 | $425.00 | $42.50 |
| 10/31/2022 | Review Notice of Intent to Seek an Order of Default as to Defendant Christopher Fontenot. | DR | 0.05 | $425.00 | $21.25 |
| 11/02/2022 | Initial review of file to determine what additional information is needed from client. | AS | 0.30 | $260.00 | $78.00 |
| 11/02/2022 | Draft schedules based on information packet. | AS | 1.35 | $260.00 | $351.00 |
| 11/02/2022 | Draft liquidation analysis and Chapter 13 Plan. | AS | 0.25 | $260.00 | $65.00 |
| 11/02/2022 | Prepare petition checklist; review schedules for accuracy; prepare for attorney review. | AS | 0.40 | $260.00 | $104.00 |
| 11/02/2022 | Draft letter to client regarding missing information. | AS | 0.40 | $260.00 | $104.00 |
| 11/02/2022 | Draft email to client regarding draft schedules; prepare attachments. | AS | 0.15 | $260.00 | $39.00 |
| 11/03/2022 | Review miscellaneous client documents and revise schedules as needed. | AS | 0.20 | $260.00 | $52.00 |
| 11/03/2022 | Review and respond to email from client regarding requested information; download information and cursory review of information. | AS | 0.25 | $260.00 | $65.00 |
| 11/04/2022 | Review schedules for accuracy; prepare for attorney review. | AS | 0.35 | $260.00 | $91.00 |
| 11/04/2022 | Revise plan and draft feasibility analysis. | AS | 0.10 | $260.00 | $26.00 |
| 11/04/2022 | Draft email to attorney (DR) regarding plan and schedules for review; prepare attachments. | AS | 0.10 | $260.00 | $26.00 |
| 11/04/2022 | Initial review of additional documents from second request to client to determine what additional information is needed. | AS | 0.45 | $260.00 | $117.00 |
| 11/04/2022 | Initial review of additional documents from client to determine what additional information is needed. | AS | 0.50 | $260.00 | $130.00 |
| 11/04/2022 | Review and analyze paystubs and draft means test. | AS | 0.15 | $260.00 | $39.00 |
| 11/04/2022 | Review and analyze tax returns; revise Statement of Financial Affairs. | AS | 0.30 | $260.00 | $78.00 |
| 11/04/2022 | Review miscellaneous client documents and revise schedules as needed. | AS | 0.20 | $260.00 | $52.00 |
| 11/04/2022 | Review and analyze bank statements and draft bank statement analysis spreadsheet; revise schedule B. | AS | 0.55 | $260.00 | $143.00 |
| 11/04/2022 | Review e-mail from Chris Fontenot attaching a collection letter from an attorney in California on behalf of SMBX. | DR | 0.10 | $425.00 | $42.50 |
| 11/04/2022 | Review e-mail from certified bankruptcy assistant (AS) attaching for review copies of schedules and plan. | DR | 0.10 | $425.00 | $42.50 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/2022 | Review and respond to email from attorney (DR) regarding filing short form; prepare short form and send to client and attorney for signature. | AS | 0.25 | $260.00 | $65.00 |
| 11/07/2022 | Review and respond to email from client regarding creditor schedules; revise schedules based on new information from client. | AS | 0.15 | $260.00 | $39.00 |
| 11/07/2022 | File Chapter 13 short form on ECF (electronic case filing); docket and process mail. (No Charge) | AS | 0.30 | | No Charge |
| 11/07/2022 | Draft email to attorney (DR) and client regarding draft schedules for review; prepare attachments. | AS | 0.15 | $260.00 | $39.00 |
| 11/07/2022 | Review and respond to email from certified bankruptcy assistant (AS) regarding status of filing of bankruptcy petition. | DR | 0.10 | $425.00 | $42.50 |
| 11/07/2022 | Review e-mail from certified bankruptcy assistant (AS) regarding finalizing Petition and forwarding the same to Chris Fontenot and me for signature. | DR | 0.10 | $425.00 | $42.50 |
| 11/07/2022 | Review and sign through Adobe Sign - Bankruptcy Petition | DR | 0.10 | $425.00 | $42.50 |
| 11/07/2022 | Video conference with client to review draft petition, schedules, and related documents. | DR | 1.20 | $425.00 | $510.00 |
| 11/07/2022 | Review e-mail from certified bankruptcy assistant (AS) to Chris Fontenot and me attaching copies of schedules for review. | DR | 0.10 | $425.00 | $42.50 |
| 11/07/2022 | Review e-mail notification from Drop Box that Chris Fontenot has forwarded some files. | DR | 0.10 | $425.00 | $42.50 |
| 11/07/2022 | Review e-mail from Chris Fontenot with question regarding copacker. | DR | 0.10 | $425.00 | $42.50 |
| 11/07/2022 | Review e-mail from Chris Fontenot regarding his mother's Citi credit card. | DR | 0.10 | $425.00 | $42.50 |
| 11/08/2022 | Review e-mail from Justi Fitzpatrick regarding Ch 13 bankruptcy filing of Chris Fontenot. | DR | 0.10 | $425.00 | $42.50 |
| 11/09/2022 | Review Missing or Deficient Ch 13 Debtor's Attorney Compensation Disclosure. | DR | 0.05 | | No Charge |
| 11/09/2022 | Review Order and Notice Regarding Filing of Document(s); and Notice of Proposed Dismissal. | DR | 0.05 | $425.00 | $21.25 |
| 11/09/2022 | Review e-mail from Chris Fontenot regarding business credit cards. | DR | 0.10 | $425.00 | $42.50 |
| 11/09/2022 | Review Notice of Chapter 13 Bankruptcy Case. | DR | 0.05 | $425.00 | $21.25 |
| 11/10/2022 | Review and respond to email from client regarding notice of bankruptcy and legal questions. | AS | 0.10 | $260.00 | $26.00 |
| 11/10/2022 | Email exchange (6 emails) between Chris Fontenot, certified bankruptcy assistant (AS), and me regarding bankruptcy filing and status of entities. | DR | 0.30 | $425.00 | $127.50 |
| 11/11/2022 | Telephone call with attorney (DR) regarding revisions to schedules. | AS | 0.10 | $260.00 | $26.00 |
| 11/11/2022 | Review e-mail from certified bankruptcy assistant (SC) attaching copy of attorney notes regarding bankruptcy schedule information. | DR | 0.10 | $425.00 | $42.50 |
| 11/11/2022 | Draft e-mail to certified bankruptcy assistant (AS) forwarding a copy of my notes regarding client's deficiency/missing | DR | 0.10 | $425.00 | $42.50 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | documents filing. | | | | |
| 11/12/2022 | Review e-mail from Chris Fontenot regarding activity on his credit accounts. | DR | 0.10 | $425.00 | $42.50 |
| 11/14/2022 | Revise schedules based on new information from attorney (DR); draft email to client requesting additional information; reply to email from attorney (DR) requesting clarification. | AS | 0.30 | $260.00 | $78.00 |
| 11/14/2022 | Review and respond to email from certified bankruptcy assistant (AS) regarding attorney notes. | DR | 0.10 | $425.00 | $42.50 |
| 11/14/2022 | Review e-mail from Chris Fontenot regarding message from investor liaison. | DR | 0.10 | $425.00 | $42.50 |
| 11/15/2022 | Draft email to attorney (DR) regarding schedules for review; prepare attachment. | AS | 0.15 | $260.00 | $39.00 |
| 11/15/2022 | Review e-mail from certified bankruptcy assistant (AS) attaching for final review Debtor's missing documents/deficiency. | DR | 0.10 | $425.00 | $42.50 |
| 11/15/2022 | Review e-mail from Chris Fontenot regarding his mortgage payments. | DR | 0.10 | $425.00 | $42.50 |
| 11/17/2022 | Telephone conference with attorney (DR) regarding schedule preparation. | AS | 0.10 | $260.00 | $26.00 |
| 11/17/2022 | Revise schedules based on new information from attorney (DR); draft email to client requesting additional information. | AS | 0.20 | $260.00 | $52.00 |
| 11/17/2022 | Draft email to attorney (DR) regarding final review of schedules; Review and respond to email from client regarding legal questions. | AS | 0.10 | $260.00 | $26.00 |
| 11/17/2022 | Review Proof of Claim #1 for Oregon Department of Revenue. | DR | 0.05 | $425.00 | $21.25 |
| 11/17/2022 | Review letter from Select Portfolio Servicing, Inc. | DR | 0.05 | $425.00 | $21.25 |
| 11/17/2022 | Review e-mail from certified bankruptcy assistant (AS) regarding status of my review of schedules. | DR | 0.10 | $425.00 | $42.50 |
| 11/17/2022 | Review e-mail from certified bankruptcy assistant (AS) to Chris Fontenot regarding questions on payments he made. | DR | 0.10 | $425.00 | $42.50 |
| 11/18/2022 | Review and respond to email from client regarding cash and bank statements on date of filing; research bank statements | AS | 0.25 | $260.00 | $65.00 |
| 11/18/2022 | Review and respond to email from client regarding bank balances; review and analyze screenshots and .csv files for banks. | AS | 0.20 | $260.00 | $52.00 |
| 11/18/2022 | Review email from client regarding bank balances on day of filing; revise schedules; prepare schedules for signing and email to client for signature. | AS | 0.20 | $260.00 | $52.00 |
| 11/18/2022 | Prepare schedules for filing on ECF (electronic case filing) | AS | 0.30 | $260.00 | $78.00 |
| 11/18/2022 | Review Adobe Sign sent to Chris Fontenot and me for signature and sign the same through Adobe Sign - Missing Schedules/Deficiency. | DR | 0.10 | | No Charge |
| 11/18/2022 | Review and sign through Adobe Sign - Chapter 13 Debtor's Attorney's Compensation Disclosure and Application | DR | 0.10 | | No Charge |
| 11/21/2022 | Draft letter to client regarding case filing. | AS | 0.15 | $260.00 | $39.00 |
| 11/21/2022 | Review emails from attorney (DR) and client regarding signed | AS | 0.10 | $260.00 | $26.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | deficiency schedules; save attachments. | | | | |
| 11/21/2022 | File Deficiency Schedules on ECF (electronic case filing); docket and process mail. (No Charge) | AS | 0.25 | | No Charge |
| 11/21/2022 | Review e-mail from Justi Fitzpatrick requesting update on when plan will be filed. | DR | 0.10 | $425.00 | $42.50 |
| 11/21/2022 | Review 2 emails from Chris Fontenot regarding UNFI. | DR | 0.10 | $425.00 | $42.50 |
| 11/21/2022 | Review and sign through Adobe Sign - Letter to Chris Fontenot advising case has been filed | DR | 0.10 | $425.00 | $42.50 |
| 11/22/2022 | Draft email to client regarding letter from attorney (DR) concerning Meeting of Creditors; prepare attachment. | AS | 0.10 | $260.00 | $26.00 |
| 11/22/2022 | Review file for Meeting of Creditors; review court docket to verify case filing, special notice request(s) and whether any objections filed; review Trustee's Online Case Status Report to verify if any Plan payments made. | AS | 0.30 | $260.00 | $78.00 |
| 11/22/2022 | Review court matrix to verify creditors listed in Schedules D, E & F; verify Schedule D creditor's treatment in Plan; verify fees consistent; verify any necessary Plan terms listed in docketing system. | AS | 0.35 | $260.00 | $91.00 |
| 11/22/2022 | Verify tax returns, pay stubs and bank statements are ready to provide to Trustee; draft email to client requesting additional bank statements. | AS | 0.35 | $260.00 | $91.00 |
| 11/22/2022 | Draft email to Trustee regarding information and documents necessary for Meeting of Creditors; update file notes. | AS | 0.10 | $260.00 | $26.00 |
| 11/22/2022 | Review and respond to email from client regarding bank statements; save attachments; cursory review of attachments. | AS | 0.10 | $260.00 | $26.00 |
| 11/22/2022 | Draft email to Trustee regarding bank statements; prepare attachments. | AS | 0.25 | $260.00 | $65.00 |
| 11/22/2022 | Review emails from certified bankruptcy assistant (SC) regarding potential additional creditors. | AS | 0.10 | $260.00 | $26.00 |
| 11/22/2022 | Draft letter to client regarding Meeting of Creditors | AS | 0.25 | $260.00 | $65.00 |
| 11/22/2022 | Review and sign through Adobe Sign - Letter to Chris Fontenot regarding 341(a) Meeting of Creditors. | DR | 0.10 | $425.00 | $42.50 |
| 11/22/2022 | Review e-mail from Joshua Stadtler regarding claim of his client United Natural Foods. | DR | 0.10 | $425.00 | $42.50 |
| 11/22/2022 | Review e-mail from certified bankruptcy assistant (AS) to Chris Fontenot and his response thereto regarding the 341(a) Meeting of Creditors. | DR | 0.10 | $425.00 | $42.50 |
| 11/23/2022 | Review Proof of Claim #3 for Wells Fargo Bank, N.A. | DR | 0.05 | $425.00 | $21.25 |
| 11/23/2022 | Review Proof of Claim #4 for Wells Fargo Bank, N.A. | DR | 0.05 | $425.00 | $21.25 |
| 11/23/2022 | Review e-mail from legal assistant (JJH) to Chris Fontenot forwarding copy of correspondence from Wells Fargo. | DR | 0.10 | $425.00 | $42.50 |
| 11/23/2022 | Review Proof of Claim #2 for Wells Fargo Bank, N.A. | DR | 0.05 | $425.00 | $21.25 |
| 11/23/2022 | Review letter from Wells Fargo re: automatic payments stopped; confirm legal assistant (JJH) sent to client via email. | DR | 0.05 | $425.00 | $21.25 |
| 11/23/2022 | Draft email to client re: Wells Fargo letter. | JJH | 0.10 | $145.00 | $14.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 11/28/2022 | Review e-mail from Joshua Stadtler regarding following up on his request for information regarding assets of Cajun Life. | DR | 0.10 | $425.00 | $42.50 |
| 11/28/2022 | Email exchange (5 emails) between Chris Fontenot and me regarding information concerning UNFI. | DR | 0.20 | $425.00 | $85.00 |
| 11/29/2022 | Draft amended Schedule F and prepare for filing on ECF (electronic case filing) | AS | 0.25 | $260.00 | $65.00 |
| 11/29/2022 | Draft letter to client regarding Personal Financial Management Certificate | AS | 0.10 | $260.00 | $26.00 |
| 11/29/2022 | Draft email to client regarding Personal Financial Management Certificate letter. | AS | 0.10 | | No Charge |
| 11/29/2022 | File Am F on ECF (electronic case filing); docket and process mail. (No Charge) | AS | 0.15 | | No Charge |
| 11/29/2022 | Review and respond to email from client regarding Personal Financial Management Certificate | AS | 0.10 | $260.00 | $26.00 |
| 11/29/2022 | Review email from attorney (DR) regarding Personal Financial Management Certificate; prepare Personal Financial Management Certificate for filing on ECF (electronic case filing) and send to attorney (DR) for signature. | AS | 0.25 | $260.00 | $65.00 |
| 11/29/2022 | File Personal Financial Management Certificate  on ECF (electronic case filing); docket and process mail. (No Charge) | AS | 0.10 | | No Charge |
| 11/29/2022 | Finish preparing file for Meeting of Creditors. | AS | 0.10 | $260.00 | $26.00 |
| 11/29/2022 | Draft e-mail to certified bankruptcy assistant (AS) attaching copy of Certificate of Debtor's Education Course. | DR | 0.05 | $425.00 | $21.25 |
| 11/29/2022 | Review and respond to email from Chris Fontenot's email forwarding copy of Certificate of Debtor's Education Course. | DR | 0.10 | | No Charge |
| 11/29/2022 | Review and sign through Adobe Sign - Certificate of Service of Debtor's Certificate of Debtor's Education Course. | DR | 0.10 | $425.00 | $42.50 |
| 11/29/2022 | Review and sign through Adobe Sign - Letter to Chris Fontenot reminding him to complete Debtor's Education Course. | DR | 0.10 | $425.00 | $42.50 |
| 11/29/2022 | Review e-mail from Solid State Financial attaching Debtor's Education Course Certificate. | DR | 0.10 | $425.00 | $42.50 |
| 11/30/2022 | Review Proof of Claim #5 filed by JPMorgan Chase. | DR | 0.05 | $425.00 | $21.25 |
| 11/30/2022 | Review Proof of Claim #6 for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Angel Oak Mortgage Trust 2021-7, Mortgage-Backed Certificates, Series 2021-7. | DR | 0.05 | $425.00 | $21.25 |
| 12/01/2022 | Review Personal Financial Management Certificate filed by Solid Start Financial Education Services, LLC | DR | 0.05 | $425.00 | $21.25 |
| 12/01/2022 | Review Proof of Claim #7 filed by American Express | DR | 0.05 | $425.00 | $21.25 |
| 12/01/2022 | Review e-mail from Chris Fontenot regarding discussion with former owner of Moonstruck. | DR | 0.10 | $425.00 | $42.50 |
| 12/01/2022 | Draft e-mail to Josh Stadtler responding to his earlier email regarding A Cajun Life and review his response thereto. | DR | 0.10 | $425.00 | $42.50 |
| 12/05/2022 | Review e-mail from Chris Fontenot regarding his telephone conference with Internal Revenue Service. | DR | 0.10 | $425.00 | $42.50 |
| 12/05/2022 | Review e-mail from Chris Fontenot regarding his further discussion with Moonstruck. | DR | 0.10 | $425.00 | $42.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 12/05/2022 | Review e-mail from Lynne Meeken regarding Mr. Fontenot's retention of Ford vehicle. | DR | 0.10 | $425.00 | $42.50 |
| 12/05/2022 | Review Proof of Claim #8 for Ouiby Inc. | DR | 0.05 | $425.00 | $21.25 |
| 12/05/2022 | Review Proof of Claim for Wilmington Savings Fund Society. | DR | 0.05 | $425.00 | $21.25 |
| 12/06/2022 | Draft email to attorney (DR) regarding ID for client for Meeting of creditors; draft email to attorney (DR) regarding worksheet for Meeting of creditors; prepare attachment. | AS | 0.15 | $260.00 | $39.00 |
| 12/06/2022 | Review e-mail from certified bankruptcy assistant (AS) attaching copies of Oregon Drivers License and W2 for verification of identification./ | DR | 0.10 | $425.00 | $42.50 |
| 12/06/2022 | Review and respond to email from Chris Fontenot regarding Zoom meeting for 341(a) meeting of creditors. | DR | 0.10 | | No Charge |
| 12/06/2022 | Review e-mail from certified bankruptcy assistant (AS) attaching 341(a) worksheet. | DR | 0.10 | $425.00 | $42.50 |
| 12/06/2022 | Review e-mail from Chris Fontenot providing documents through his dropbox. | DR | 0.10 | $425.00 | $42.50 |
| 12/06/2022 | Review and respond to email from certified bankruptcy assistant (AS) attaching letter to Ch 13 Trustee with attachments. | DR | 0.10 | $425.00 | $42.50 |
| 12/06/2022 | Review e-mail from Monica Kollias attaching liquidation analysis discussed at 341(a). | DR | 0.10 | $425.00 | $42.50 |
| 12/06/2022 | Video conference with client to prepare for 341(a) meeting (0.20); Attend 341(a) meeting by telephone (0.80); Video conference with client regarding confirmation issues and next steps (0.10). | DR | 1.10 | $425.00 | $467.50 |
| 12/07/2022 | Draft project assignment regarding Kapitus based on new information from attorney (DR). | AS | 0.20 | $260.00 | $52.00 |
| 12/07/2022 | Email exchange (5 emails) between Chris Fontenot and me regarding creditor that is still trying to collect from Chris. | DR | 0.25 | $425.00 | $106.25 |
| 12/07/2022 | Draft e-mail to Christopher Fontenot regarding email chain from Selco Credit Union and his response thereto. | DR | 0.10 | $425.00 | $42.50 |
| 12/08/2022 | Draft e-mail to Chris Fontenot forwarding copy of email from Lynne Meeken at Selco Credit Union regarding eligibility to waive payment for December, 2022. | DR | 0.10 | $425.00 | $42.50 |
| 12/08/2022 | Review and respond to email from Lynne Meeken regarding eligibility to skip payment for December. | DR | 0.10 | $425.00 | $42.50 |
| 12/09/2022 | Review e-mail from Kim Keller with protected attachment. | DR | 0.10 | $425.00 | $42.50 |
| 12/09/2022 | Review e-mail from Chris Fontenot advising creditor is still calling. | DR | 0.10 | $425.00 | $42.50 |
| 12/10/2022 | Review e-mail from Chris Fontenot regarding updated notice from Oregon Dept. of Revenue. | DR | 0.10 | $425.00 | $42.50 |
| 12/12/2022 | Draft creditor change of address and prepare for filing on ECF (electronic case filing) | AS | 0.20 | $260.00 | $52.00 |
| 12/12/2022 | Draft dunning letter to Kapitus c/o counsel. | AS | 0.20 | $260.00 | $52.00 |
| 12/12/2022 | File Am F on ECF (electronic case filing); docket and process mail. (No Charge) | AS | 0.00 | | No Charge |

| Date | Description | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2022 | File Change of Address for creditor on ECF (electronic case filing); docket and process mail. (No Charge) | AS | 0.20 | | No Charge |
| 12/12/2022 | Draft amended Schedule F and prepare for filing on ECF (electronic case filing). | AS | 0.25 | $260.00 | $65.00 |
| 12/12/2022 | Review and sign through Adobe Sign - Schedule F Amendment | DR | 0.10 | $425.00 | $42.50 |
| 12/12/2022 | Review and sign through Adobe Sign - Change of Address for Creditor Angel Oak Mortgage Solutions, LLC | DR | 0.10 | $425.00 | $42.50 |
| 12/12/2022 | Review and respond to email from certified bankruptcy assistant (AS) regarding dunning letter to Kapitus. | DR | 0.10 | $425.00 | $42.50 |
| 12/12/2022 | Review and sign through Adobe Sign - Change of Address for Creditor Kapitus Servicing | DR | 0.10 | $425.00 | $42.50 |
| 12/12/2022 | Initial draft of Change of Address for Creditor Angel Oak Mortgage Solutions, LLC | SC | 0.15 | $260.00 | $39.00 |
| 12/12/2022 | Oregon Corporation Division search regarding Angel Oak Mortgage Solutions, LLC. | SC | 0.10 | $260.00 | $26.00 |
| 12/13/2022 | Prepare attachment for dunning letter; email letter to attorney (DR) for signature. | AS | 0.25 | $260.00 | $65.00 |
| 12/13/2022 | Review and sign through Adobe Sign - Change of Address for Creditor Kapitus Servicing. | DR | 0.10 | $425.00 | $42.50 |
| 12/13/2022 | Review e-mail from certified bankruptcy assistant (AS) to Tim Hennigan regarding cease and desist letter regarding Kapitus lawsuit. | DR | 0.05 | $425.00 | $21.25 |
| 12/13/2022 | Review e-mail from Kim Keller regarding request for skip payment for December. | DR | 0.10 | $425.00 | $42.50 |
| 12/14/2022 | Review e-mail from Chris Fontenot regarding collection efforts by SMBX. | DR | 0.10 | $425.00 | $42.50 |
| 12/14/2022 | Review e-mail from Joshua Stadler's office regarding status of judgment debtor examination. | DR | 0.10 | $425.00 | $42.50 |
| 12/14/2022 | Review e-mail from Chris Fontenot regarding judgment debtor proceedings regarding Our Life Foods. | DR | 0.10 | $425.00 | $42.50 |
| 12/14/2022 | Draft e-mail to Chris Fontenot regarding Judgment Debtor proceeding and availability for telephone conference. | DR | 0.10 | $425.00 | $42.50 |
| 12/14/2022 | Review 3 e-mails from Chris Fontenot regarding creditors pursuing entities and timing of closing down biz information for Acadian Kitchens. | DR | 0.15 | $425.00 | $63.75 |
| 12/14/2022 | Review Proof of Claim #9 for Capital One N.A. by American Infosource as agent. | DR | 0.05 | $425.00 | $21.25 |
| 12/15/2022 | Draft email to client regarding title report for College Rd property based on new information from attorney (DR). | AS | 0.25 | $260.00 | $65.00 |
| 12/15/2022 | Draft email to Trustee regarding tax credits based on new information from attorney (DR). | AS | 0.10 | $260.00 | $26.00 |
| 12/15/2022 | Draft Order Confirming Plan based on new information from attorney (DR) and trustee's objection to confirmation. | AS | 0.35 | $260.00 | $91.00 |
| 12/15/2022 | Review email exchange (4 emails) between certified bankruptcy assistant (AS) and Chris Fontenot regarding obtaining title report on residence. | DR | 0.20 | $425.00 | $85.00 |

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/16/2022 | Review e-mail from certified bankrupty assistant (AS) regarding status of title report and ownership interest. | DR | 0.10 | $425.00 | $42.50 |
| 12/16/2022 | Review e-mail from William Caffee attaching more information regarding Cajun Life. | DR | 0.10 | $425.00 | $42.50 |
| 12/19/2022 | Review Judgment Debtor Interrogatories to a Cajun Life, LLC. | DR | 0.05 | $425.00 | $21.25 |
| 12/19/2022 | Review Plaintiff's First Request for Production of Documents to Defendant A Cajun Life, LLC. | DR | 0.05 | $425.00 | $21.25 |
| 12/19/2022 | Review Proof of Claim #10 for Washington Federal Bank. | DR | 0.05 | $425.00 | $21.25 |
| 12/20/2022 | Review e-mail from attorney Tim Hennigan regarding notice of Mr. Fontenot's bankruptcy and continuance of case against business entity. | DR | 0.10 | $425.00 | $42.50 |
| 12/21/2022 | Review e-mail from Chris Fontenot with list of questions. | DR | 0.10 | $425.00 | $42.50 |
| 12/21/2022 | Review e-mail from Chris Fontenot regarding what to provide potential purchaser. | DR | 0.10 | $425.00 | $42.50 |
| 12/22/2022 | Draft email to client regarding status of title report. | AS | 0.10 | $260.00 | $26.00 |
| 12/22/2022 | Review and analyze title report provided by client; forward to attorney (DR). | AS | 0.10 | $260.00 | $26.00 |
| 12/22/2022 | Review Proof of Claim #11 for Selco Community Credit Union. | DR | 0.05 | $425.00 | $21.25 |
| 12/22/2022 | Review e-mail from Chris Fontenot forwarding copy of email regarding title report. | DR | 0.10 | $425.00 | $42.50 |
| 12/22/2022 | Review e-mail from certified bankruptcy assistant (AS) regarding title report regarding College Rd. property. | DR | 0.10 | $425.00 | $42.50 |
| 12/29/2022 | Review 2 e-mails from Chris Fontenot following up on previous emails. | DR | 0.10 | $425.00 | $42.50 |

**Total Hours:** 41.00
**Total Services:** $13,193.50

**COSTS ADVANCED & INCURRED**

| Date | Description | Amount |
|---|---|---|
| 10/31/2022 | Photocopy charges for the month of October, 2022 | $22.50 |
| 11/02/2022 | CIN Legal - Credit Report(s) | $37.00 |
| 11/07/2022 | US Bankruptcy Court - Chapter 13 Filing Fee. | $313.00 |
| 11/29/2022 | US Bankruptcy Court - Filing Fee for Amendment. | $32.00 |
| 12/07/2022 | Photocopy charges for the month of November, 2022 | $6.90 |

**Total Expenses** $411.40

**Total New Charges:** **$13,604.90**

| Date | Description | Amount |
|---|---|---|
| 8/31/2022 | Payment | $-3,081.25 |
| | Payment on account from trust. Thank You. | |
| 11/07/2022 | Payment | $-1,918.75 |
| | Payment on account from trust. Thank You. | |
| 12/08/2022 | Credit | $-425.00 |
| | Courtesy Discount per email dated 12/7/22 | |

**Total Payments and Credits** **$-5,425.00**

**Balance Due:** $8,179.90

| | |
|---|---:|
| **Previous Trust Balance:** | $1,918.75 |
| 11/07/2022  Withdrawal Payment from trust to bill | $-1,918.75 |
| **New Trust Balance:** | $0.00 |

THIS STATEMENT IS FOR YOUR INFORMATION ONLY - TRUSTEE WILL PAY THROUGH PLAN WHEN APPROVED BY THE COURT.